**Order entered November 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00306-CR

**KAREN PATRICIA BOWIE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81418-2011**

## ORDER

The Court **REINSTATES** the appeal.

On October 7, 2013, we denied appellant's second motion to extend time to file his brief and ordered the trial court to make findings. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel William Schultz; (3) Mr. Schultz's explanation for the delay in filing appellant's brief is his workload; and (4) Mr. Schultz needs until December 23, 2013 to file appellant's brief.

We **ORDER** appellant to file his brief by **MONDAY, DECEMBER 23, 2013**. We note that appellant's brief was originally due August 3, 2013 and appellant has already been granted one extension of time to file the brief. Therefore, if appellant's brief is not filed by the date

specified, the Court will order William Schultz removed as appellant's attorney and will order the trial court to appoint new counsel to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court; William Schultz; and the Collin County District Attorney's Office.


/s/    LANA MYERS
       JUSTICE